AO 442 (Rev. 11/11) Arrest Warrant                                                                                                    JJI: USAO#2020R00127

# UNITED STATES DISTRICT COURT
## for the
## District of Maryland

| | |
|---|---|
| United States of America<br>v.<br>Elias Nick Costianes, Jr.<br><br>_Defendant_ | Case No. 1:21-mj-2421 TMD |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   Elias Nick Costianes, Jr.                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846           Conspiracy to distribute and to possess with intent to distribute a controlled substance
18 U.S.C. § 922(g)(3)     Possession of firearms and ammunition by unlawful user of any controlled substance

Date: 8/23/2021

City and state:  Baltimore, Maryland

_Issuing officer's signature_

Hon. Thomas M. DiGirolamo, United States Magistrate Judge
_Printed name and title_

### Return

This warrant was received on _(date)_ 8/23/2021, and the person was arrested on _(date)_ 9/1/2021
at _(city and state)_ Baltimore, Maryland

Date: 9/1/21

_Arresting officer's signature_

TerryAnn Burns, Special Agent
_Printed name and title_