**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| **v.** | * | **CRIMINAL NO. JKB-21-0458** |
| **ELIAS NICK COSTIANES, JR.,** | * | |
| **Defendants.** | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

<u>**AMENDED SCHEDULING ORDER**</u>

Pursuant to a scheduling hearing held on March 8, 2023, the Court now sets the following

dates and deadlines for further proceedings in this case:

| | |
|---|---|
| April 10, 2023 | Deadline for Defendant to file *Bruen* motion. |
| April 24, 2023 | Deadline for Government's response to Defendant's *Bruen* motion. |
| May 1, 2023 | Deadline for Defendant's reply. |
| **May 19, 2023, 10:00 a.m.** | Motions Hearing, Courtroom 5A.  Defendant must be present. |
| May 8, 2023 | *Jencks* disclosure. |
| May 15, 2023 | Deadline for filing motions *in limine*. |
| May 15, 2023 | Deadline for receipt in chambers of proposed voir dire, proposed preliminary jury instructions (start of trial), proposed final jury instructions (end of trial), and a proposed jury verdict form; these are to be filed electronically and must also be submitted via e-mail in Microsoft Word format to chambers: MDD_JKBChambers@mdd.uscourts.gov. |
| | Government and defense counsel shall meet and confer with respect to proposed voir dire, jury instructions, and a verdict form, and to the fullest extent possible make joint submissions.  Counsel shall identify any |

matters of disagreement through supplemental filings. The most recent revision of the undersigned's standard jury instructions in criminal cases is available to the parties upon request to chambers.

May 17, 2023                          Deadline for responses to motions *in limine*.

**May 31, 2023, 10 a.m.**            **Pretrial Conference**, Courtroom 5A. Defendant must be present.

**June 12, 2023, 9:30 a.m.**         Begin **Jury Trial**, Courtroom 5A. Scheduled to conclude on June 23, 2023.

Counsel shall appear in court at 9:15 a.m. on the first day of trial to address miscellaneous matters with the courtroom deputy clerk prior to the commencement of jury selection.

The Government is directed to prepare notices and "come up" letters as appropriate for the in-court proceedings. The Government is also directed to file a motion to exclude time pursuant to the Speedy Trial Act. No changes in the schedule set forth above will be permitted unless authorized by the Court for good cause shown. Any such requests, either stipulated or *ex parte*, must be made by motion and filed with the Clerk.

DATED this ___8___ day of March, 2023

BY THE COURT:

James K. Bredar
Chief Judge

2