**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. JKB-21-0458** |
| | * | |
| **ELIAS NICK COSTIANES,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |
| | ****** | |

## VERDICT FORM

**Count One:  Conspiracy to Distribute and to Possess with Intent to Distribute a Controlled Substance (Testosterone)**

How do you find the defendant, ELIAS NICK COSTIANES, as to Count One of the Superseding Indictment?

Guilty _____          Not Guilty _____

**Count Two:  Conspiracy to Distribute and to Possess with Intent to Distribute a Controlled Substance (Cocaine)**

How do you find the defendant, ELIAS NICK COSTIANES, as to Count Two of the Superseding Indictment?

Guilty _____          Not Guilty _____

**Count Three:  Distribution of a Controlled Substance (May 29, 2020 – Testosterone)**

How do you find the defendant, ELIAS NICK COSTIANES, as to Count Three of the Superseding Indictment?

Guilty _____          Not Guilty _____

**Count Four:  Use of Any Communication Facility to Facilitate Drug Felony (May 28, 2020)**

How do you find the defendant, ELIAS NICK COSTIANES, as to Count Four of the Superseding Indictment?

Guilty _____          Not Guilty _____


**Count Five:  Distribution of a Controlled Substance (October 5, 2020 – Testosterone)**

How do you find the defendant, ELIAS NICK COSTIANES, as to Count Five of the Superseding Indictment?

Guilty _____          Not Guilty _____


**Count Six:  Use of Any Communication Facility to Facilitate Drug Felony (September 15, 2020)**

How do you find the defendant, ELIAS NICK COSTIANES, as to Count Six of the Superseding Indictment?

Guilty _____          Not Guilty _____


**Count Seven:  Distribution of a Controlled Substance (October 30, 2020 – Cocaine)**

How do you find the defendant, ELIAS NICK COSTIANES, as to Count Seven of the Superseding Indictment?

Guilty _____          Not Guilty _____


**Count Eight:  Use of Any Communication Facility to Facilitate Drug Felony (October 30, 2020)**

How do you find the defendant, ELIAS NICK COSTIANES, as to Count Eight of the Superseding Indictment?

Guilty _____          Not Guilty _____

**Count Nine:  Possession of Firearm or Ammunition by Unlawful User of or Addict to Any Controlled Substance**

How do you find the defendant, ELIAS NICK COSTIANES, as to Count Nine of the Superseding Indictment?

Guilty _____               Not Guilty _____

The foregoing constitutes the unanimous verdict of the jury.

_____                     _____

DATE                                              FOREPERSON