FILED: October 15, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4543
(1:21-cr-00458-JKB-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

ELIAS NICK COSTIANES, JR.

      Defendant - Appellant

_____

O R D E R
_____

The court appoints the Federal Defender for the District of Maryland to represent appellant in this case.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk