IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | *  Criminal No. JKB-21-0458 |
| ELIAS NICK COSTIANES, JR. | * |
| Defendant | * |

\*\*\*

## ORDER

Upon consideration of the Defendant's Request for Extension of Time to Surrender, it is this 15th day of January, 2025, hereby ORDERED that the request is PARTIALLY GRANTED. IT IS FURTHER ORDERED THAT the Defendant shall have until February 12, 2025 to surrender to begin serving his sentence in the above-captioned matter.

The Defendant shall voluntarily surrender at the designated place of incarceration on a date and at a time specified by the United States Bureau of Prisons and/or the United States Marshals Service, provided that said date falls before February 12, 2025. If no such voluntary surrender date is set by those authorities, then the Defendant shall surrender to the United States Marshal in the District of Maryland before noon on February 12, 2025.

BY THE COURT:

/S/ JAMES K. BREDAR
James K. Bredar
United States District Judge