IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | *   Criminal No. JKB-21-0458 |
| ELIAS NICK COSTIANES, JR. | * |
| Defendant | * |

\*\*\*

## ORDER

Defendant filed a pro se Motion to Vacate. (ECF Nos. 150, 153.) Counsel has now entered an appearance on behalf of Defendant. (ECF No. 154.) Earlier today, the Court ordered that Defendant shall have until February 12, 2025 to surrender to begin serving his sentence.

It is ORDERED that:

1. Defendant's counsel SHALL FILE any supplement to Defendant's Motion to Vacate on or before January 22, 2025.

2. The Government SHALL FILE a response on or before January 31, 2025.

DATED this 15th day of January, 2025

BY THE COURT:

/s/ JAMES K. BREDAR
_____
James K. Bredar
United States District Judge