IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | **CRIMINAL NO. JKB-21-0458** |
| **ELIAS NICK COSTIANES, JR.,** | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Petitioner Elias Nick Costianes, Jr. filed a pro se Motion to Vacate, Set Aside or Correct Sentence (the "§ 2255 Motion"). (ECF No. 150, as supplemented by ECF No. 153.) Counsel has since entered an appearance, and has filed an Unopposed Motion to Dismiss 28 U.S.C. § 2255 Motion Without Prejudice ("Motion to Dismiss). (ECF No. 160.) The Motion to Dismiss will be granted, and the § 2255 Motion will be denied without prejudice. Petitioner is reminded of the one-year statute of limitations for filing motions pursuant to 28 U.S.C. § 2255. *See* 28 U.S.C. § 2255(f).

Accordingly, it is ORDERED that:

1. The Motion to Dismiss (ECF No. 160) is GRANTED; and
2. The § 2255 Motion (ECF No. 150, as supplemented by ECF No. 153) is DENIED WITHOUT PREJUDICE.

DATED this 4 day March, 2025.

BY THE COURT:

James K. Bredar
United States District Judge