# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **United States of America,** | \* |
| | \* |
| **v.** | \*   Case No. 1:21-cr-00458-JKB-1 |
| Elias Nick Costianes, Jr. | \* |
| **Defendant.** | \* |

## ENTRY OF APPEARANCE IN A CRIMINAL CASE

### TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for the defendant, Elias Nick Costianes, Jr.

I certify that: [check one that applies and complete]

☑ I am admitted to practice in this Court.

☐ I have been appointed to represent the defendant by the following United States court: _____

March 13, 2025
Date

*(Signature)*

George T. Pallas, 31468
Printed name and bar number

George T. Pallas P.A.
Firm name

2420 Coral Way Miami, FL 33145
Address

george@pallaslaw.com
Email address

305-856-8580
Telephone number

305-860-4828
Fax number

Please select your designation:

☐ CJA     ■ Retained     ☐ Public Defender     ☐ Pro Bono

**NOTE:** Appearance of counsel may be withdrawn only with leave of Court. *See* Local Rule 201.3. Such leave is liberally granted if sought within 14 days of the defendant's initial appearance in this Court.

If you are **not** a member of this Court's bar, email your completed form to MDD_AttyAdmissions@mdd.uscourts.gov. Otherwise, please enter your own appearance in this case in CM/ECF using the event **Notice of Appearance**.

EntryofAppearanceCriminal (06/2023)