## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:21-cr-00458-JKB-1** |
| | ) | |
| **ELIAS NICK COSTIANES, JR.,** | ) | |
| **Defendant** | ) | |

_____/

## MOTION TO WITHDRAW AS COUNSEL

The undersigned attorney, GEORGE T. PALLAS, pursuant to Local Rule 201.3, moves to withdraw his appearance as counsel for the Defendant, ELIAS NICK COSTIANES, and as grounds therefore, states as follows:

1. The Notice of Appearance (D.E. 162) was filed in error.

2. Undersigned counsel apologizes for any confusion this may have caused.

WHEREFORE, based upon the foregoing reasons, counsel requests that the Court grant the above-mentioned relief.

Respectfully submitted,

GEORGE T. PALLAS, P.A
2420 SW 22nd Street
Miami, FL 33145
305-856-8580
305-860-4828 FAX
george@pallaslaw.com

By:/s/    _George T. Pallas_____
GEORGE T. PALLAS, ESQ.

## **CERTIFICATE OF SERVICE**

I certify that on this 14<u>th</u> day of March 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing.

By:/s/___*George T. Pallas*_____
GEORGE T. PALLAS, ESQ.