UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                          Case No.: 1:21-cr-00458-JKB-1

ELIAS NICK COSTIANES, JR.,

    Defendant.
_____/

## ORDER GRANTING MOTION TO WITHDRAW

THIS CAUSE having come on to be heard upon attorney George T. Pallas' Motion to Withdraw as Counsel (D.E. 164), and the Court being fully apprised in this matter, it is hereby:

ORDERED AND ADJUDGED that said motion is hereby granted and that attorney George T. Pallas, Esq., is hereby discharged as attorney of record for the defendant in the above captioned matter and that attorney Megan Coleman shall continue as counsel of record for the Defendant.

DONE AND ORDERED on this _____ day of March 2025.

_____
UNITED STATES DISTRICT COURT JUDGE