# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | No. 1:21-cr-00458-JKB |
| ELIAS NICK COSTIANES, JR., <br> Defendant. | |

## ORDER

The United States moves, with the Defendant's consent, to extend its time to respond to the Court's Order, dated April 10, 2025. *See* ECF No. 172 (motion); *see also* ECF No. 171 (Order). For the reasons set forth in the motion, the Court finds that the United States has good cause for its request. *See* Fed. R. Crim. P. 45(b)(1).

Accordingly, on this 21st day of April, 2025, the Court hereby GRANTS the United States's motion at ECF No. 172 and PROVIDES that it may respond to the Order at ECF No. 171 on or by Thursday, April 25, 2025.

/S/ JAMES K. BREDAR
The Honorable James K. Bredar
United States District Judge