**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **United States of America,** | * | |
| | * | |
| **v.** | | **Case No.**  1:21-cr-00458-JKB |
| **Elias Nick Costianes** | * | |
| | * | |
| **Defendant.** | * | |

<u>**ENTRY OF APPEARANCE IN A CRIMINAL CASE**</u>

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for the defendant, **ELIAS NICK COSTIANES**.

I certify that:

☑ I am admitted to practice in this Court.

☐ I have been appointed to represent the defendant by the following United States court:

_____.

May 28, 2025
_____
Date

/s/ *Carolyn A. Stewart*
_____
Signature

Carolyn A. Stewart    Bar# 31597
_____
Printed name and bar number

Stewart Country Law PA
_____
Firm name

1204 Swilley Rd. Plant City, FL 33567
_____
Address

carolstewart_esq@protonmail.com
_____
Email address

813-659-5178
_____
Telephone number

813-365-3183
_____
Fax number

Please select your designation:

☐ CJA    ☐ Retained    ☐ Public Defender    ☒ Pro Bono