## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. JKB-21-0458 |
| ELIAS NICK COSTIANES, JR., | * | |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### <u>MEMORANDUM AND ORDER</u>

Pending before the Court is an Emergency Consent Motion for Reconsideration, seeking Costianes' immediate release. (ECF No. 185.) The Court held a Hearing on the Motion on June 10, 2025. For the reasons stated in open court, it is ORDERED that:

1. The Emergency Consent Motion (ECF No. 185), construed as a motion for release pending appeal, is GRANTED.

2. The Defendant is ORDERED RELEASED, SUBJECT TO THE CONDITIONS set forth in his Order Setting Conditions of Release (ECF No. 11), which the Court incorporates by reference herein.

DATED this _10_ day of June, 2025.

BY THE COURT:

James K. Bredar
United States District Judge