IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. JKB-21-0458 |
| ELIAS NICK COSTIANES, JR., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

Pending before the Court is an Unopposed Motion Requesting an Order Executing the ECF No. 184 Superseding Indictment Dismissal, and Vacatur of Judgment and Commitment. (ECF No. 192.) The Order referenced by the Defendant dismissed the Superseding Indictment with Prejudice and vacated the Judgment and Commitment Order. (ECF No. 184.) The Order, which was entered on June 6, 2025, was stayed for 45 days (*Id.*) Accordingly, the stay has been dissolved by the passage of time. The Court reiterates its prior Order and ORDERS that:

1. The pending Motion (ECF No. 192) is GRANTED;

2. The Superseding Indictment (ECF No. 34) is DISMISSED WITH PREJUDICE and the Judgment and Commitment Order (ECF No. 139) is VACATED;

3. The Supervised Release Conditions (ECF No. 190) are TERMINATED; and

4. The Clerk SHALL TRANSMIT FORTHWITH (1) this Memorandum and Order; and (2) the Memorandum and Order dated June 6, 2025 (ECF No. 184) to the United States Court of Appeals for the Fourth Circuit with reference to Case No. 24-4543.

DATED this 24th day of July, 2025.

BY THE COURT:

/S/ JAMES K. BREDAR
James K. Bredar
United States District Judge